Same case below, 414 Fed. Appx. 782.

**No. 10-10949. C. F., Petitioner v. Superior Court of California, Riverside County, et al.**

565 U.S. 858, 132 S. Ct. 193, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6196, 

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-10950. Michael F. Henry, Petitioner v. United States.**

565 U.S. 858, 132 S. Ct. 194, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6131.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10951. Kenneth Dale Gooch, Petitioner v. United States.**

565 U.S. 858, 132 S. Ct. 194, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6329.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 700.

**No. 10-10952. Henry Howard, Petitioner v. Primrose Transportation Management, et al.**

565 U.S. 859, 132 S. Ct. 194, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6045.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Indiana, First District, denied.

**No. 10-10953. Harvey Lee Heishman, III, Petitioner v. Michael Martell, Warden.**

565 U.S. 859, 132 S. Ct. 194, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6094.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 621 F.3d 1030.

**No. 10-10955. Calvin Paul Stewart, Petitioner v. Vernice Trease.**

565 U.S. 859, 132 S. Ct. 194, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6294.

October 3, 2011. Petition for writ of certiorari to the Court of Appeals of Utah denied.

**No. 10-10957. Martez Lamont Sherrod, Petitioner v. United States.**

565 U.S. 859, 132 S. Ct. 194, 181 L. Ed. 2d 101, 2011 U.S. LEXIS 6181, 

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 415 Fed. Appx. 452.